**Karen D. LUNN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79187**

Missouri Court of Appeals, Western District.

December 27, 2016

Ellen H. Flottman, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Thomas H. Newton and Gary D. Witt, Judges

### Order

Per Curiam:

Ms. Karen D. Lunn appeals the judgment of the Circuit Court of Saline County, denying her Rule 24.035 motion for post-conviction relief which alleged ineffective assistance of counsel. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).